UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE MCBRIDE ORGANIZATION, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DOMINIQUE WENGER, an individual; and PHANTOM ATHLETICS, a foreign entity doing business in the United States,<br><br>Defendants. | NO: 2:17-CV-231-RMP<br><br>FINAL JUDGMENT AND PERMENANT INJUNCTION |

By and with the consent of Plaintiff and Defendant, the Court enters the following final judgment and permanent injunction:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §2201(a), 28 U.S.C. §§1331 and 1338(a), and 15 U.S.C. §1125. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. §1367(a). This Court has personal jurisdiction over the parties, and venue is proper in this District pursuant to 28 U.S.C. §1391(b).

FINAL JUDGMENT AND PERMENANT INJUNCTION ~ 1

2. Good cause exists for the entry of this Final Judgment and Permanent Injunction against Plaintiff.

**THEREFORE, IT IS ORDERED AS FOLLOWS:**

A. As detailed in the settlement agreement attached as Exhibit A (the "Settlement Agreement"), Plaintiff, its related companies, officers, directors, employees, agents, and all persons in active concert or participation with any of them who receive actual notice of this Judgment by personal service or otherwise are hereby PERMANENTLY ENJOINED from (i) offering Phantom products that are not genuine products obtained from authorized distributors identified by Phantom; (ii) using the PHANTOM ATHLETICS logo, any portions or variations thereof, the PHANTOM ATHLETICS trademark, and/or any other term(s), stylization(s), or design(s) likely to be confused with or to dilute any name or mark owned by Phantom or its related companies (except as needed to sell genuine Phantom products); and (iii) using copyrighted images owned by Phantom without the express written permission of Phantom.

B. Plaintiff will have ten (10) business days from the date of the full execution of the Settlement Agreement between the parties to comply with Paragraph 3 of the agreement requiring, among other things, the delivery to Phantom's counsel in the United States of all remaining non-authentic Phantom products.

C. Plaintiff's claims are dismissed with prejudice.

FINAL JUDGMENT AND PERMENANT INJUNCTION ~ 2

D. The Settlement Agreement entered into between the parties shall be incorporated in and made part of this Judgment.

E. This Court retains jurisdiction over any disputes between the parties with respect to the enforcement and/or interpretation of this Judgment and/or the attached settlement agreement.

The District Court Clerk is directed to enter this Order, enter Judgment accordingly, provide copies to counsel, and **close this case**.

**DATED** August 14, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

FINAL JUDGMENT AND PERMENANT INJUNCTION ~ 3