# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| The McBride Organization, LLC, a Washington limited liability company <br> *Plaintiff* <br> v. <br> Dominique Wenger, an Individual; and Phantom Athletics, a foreign entity doing business in the United States, <br> *Defendant* | ) ) ) ) ) ) ) <br> Civil Action No. 2:17-cv-00231-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Settlement Agreement entered into between parties. Plaintiff's claims are dismissed with Prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a Stipulation Request for Entry of Judgment and Permanent Injunction.

Date: 08/14/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates